IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:23MJ432 |
| vs. | |
| JOHN C. SHORES JR., | ORDER |
| Defendant. | |

**THIS MATTER** is before the court on the motion of Karen M. Shanahan to withdraw as counsel for the defendant, John C. Shores, Jr. (Filing No. 18). Glenn A. Shapiro has filed an entry of appearance as retained counsel for John C. Shores, Jr. Therefore, Karen M. Shanahan's motion to withdraw (Filing No. 18) will be granted.

Karen M. Shanahan shall forthwith provide Glenn A. Shapiro any discovery materials provided to the defendant by the government and any such other materials obtained by Karen M. Shanahan which are material to John C. Shores, Jr.'s defense.

The clerk shall provide a copy of this order to Glenn A. Shapiro.

**IT IS SO ORDERED.**

Dated this 15th day of August, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge