IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:23CR174 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO WITHDRAW PLEA OF GUILTY** |
| vs. | ) | |
| | ) | |
| JOHN C. SHORES, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant, John C. Shores, has requested counsel to file a motion to withdraw his guilty plea.

JOHN C. SHORES, Defendant

s/Glenn A. Shapiro #19126
SHAPIRO RIHA LAW LLP
1001 Farnam Street
Omaha, NE 68102
(402) 341-0700
sgnomercy@yahoo.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Sean Lynch, Assistant United States Attorney.

s/Glenn A. Shapiro