AO 243 (Rev. 01/15)                                                              Page 2

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT

## SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District | District of Nebraska (8 Omaha) |
|---|---|---|
| Name *(under which you were convicted)*: JOHN C. SHORES, JR. | | Docket or Case No.: 8:23-cr-00174-RFR-MDN-1 |
| Place of Confinement: FCI Thomson | | Prisoner No.: 72624-510 |
| UNITED STATES OF AMERICA | | Movant *(include name under which convicted)* |
| V. | | JOHN C. SHORES, JR. |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   U. S. District Court
   District of Nebraska
   Omaha Division

   (b) Criminal docket or case number (if you know): 8:23-cr-00174-RFR-MDN-1

2. (a) Date of the judgment of conviction (if you know): 8/26/2024

   (b) Date of sentencing: 8/23/2024

3. Length of sentence: 240 months'

4. Nature of crime (all counts):

   Cts 1s, 5s and 7s: Attempted Sexual Exploitation of A Minor, in violation to 18 U.S.C. §§ 2251(a) and (e).
   Counts 2s, 3s, and 6s: Attempted Enticement of A Minor, in violation to 18 U.S.C. § 2422(b).
   Count 4s: Distribution and Receipt of Child Pornography, in violation to 18 U.S.C. §§ 2252(a)(2) and (b)(1).

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐    (2) Guilty ☑    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

   Guilty on Count 1s of the Superseding Indictment

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☑

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☑

8. Did you appeal from the judgment of conviction?    Yes ☐    No ☑

AO 243 (Rev. 01/15)                                                                                             Page 3

9.  If you did appeal, answer the following:

    (a)  Name of court:  N/A

    (b)  Docket or case number (if you know):

    (c)  Result:

    (d)  Date of result (if you know):

    (e)  Citation to the case (if you know):

    (f)  Grounds raised:

    (g)  Did you file a petition for certiorari in the United States Supreme Court?      Yes ☐      No ☐

       If "Yes," answer the following:

       (1)  Docket or case number (if you know):

       (2)  Result:

       (3)  Date of result (if you know):

       (4)  Citation to the case (if you know):

       (5)  Grounds raised:

10.  Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐      No ☑

11.  If your answer to Question 10 was "Yes," give the following information:

    (a)  (1)  Name of court:

       (2)  Docket or case number (if you know):

       (3)  Date of filing (if you know):

       (4)  Nature of the proceeding:

       (5)  Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐    No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket of case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐    No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:    Yes ☐    No ☐

(2) Second petition:    Yes ☐    No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

AO 243 (Rev. 01/15)                                                                                               Page 5

**GROUND ONE:**   Ineffective Assistance of Pretrial Counsel

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

Pretrial counsel's failure to:

(1) Communicate with Shores and correctly inform him of the relevant circumstances and likely consequences of pleading guilty as opposed to proceeding to trial;
(2) Conduct an adequate and independent pretrial investigation; and
(3) Attempt to negotiate a favorable Plea Agreement deprived Shores of effective assistance of pretrial counsel under the Sixth Amendment of the Constitution of the United States.


See Memorandum of Law in Support.

(b)  **Direct Appeal of Ground One:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐        No ☑

(2)  If you did not raise this issue in your direct appeal, explain why:

Claims of ineffective assistance of counsel are not generally raised on direct appeal.

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐        No ☑

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐        No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐        No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐        No ☐

AO 243 (Rev. 01/15)                                                                                     Page 6

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

**GROUND TWO:**    Ineffective Assistance of Sentencing Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Sentencing counsel's failure to:
(1) Review, discuss or explain the Presentence Report ("PSR") to Shores prior to sentencing hearing;
(2) File substantive objections to the PSR; and
(3) Argue for mitigation of punishment and object to his sentence being substantively unreasonable deprived Shores of effective assistance of sentencing counsel under the Sixth Amendment, a fair and just sentence.

See Memorandum of Law in Support.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes [ ]    No [✔]

(2) If you did not raise this issue in your direct appeal, explain why:

Claims of ineffective assistance of counsel are not generally raised on direct appeal.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes [ ]    No [✔]

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐        No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐        No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐        No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND THREE:** N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

AO 243 (Rev. 01/15)

**(b) Direct Appeal of Ground Three:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐      No ☐

(2)   If you did not raise this issue in your direct appeal, explain why:

**(c) Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐      No ☐

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3)   Did you receive a hearing on your motion, petition, or application?
      Yes ☐      No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?
      Yes ☐      No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes ☐      No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

AO 243 (Rev. 01/15)                                                                                     Page 9

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

**GROUND FOUR:** _____

_____

(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

(b)  **Direct Appeal of Ground Four:**

   (1)  If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐          No ☐

   (2)  If you did not raise this issue in your direct appeal, explain why:

_____

(c)  **Post-Conviction Proceedings:**

   (1)  Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ☐          No ☐

   (2)  If you answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed:

_____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐     No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐     No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐     No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

13. Is there any ground in this motion that you have **not** previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

N/A

14. Do you have any motion, petition, or appeal **now pending** (filed and not decided yet) in any court for the you are challenging?     Yes ☐     No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

(a)  At the preliminary hearing:
Glenn A. Shapiro,SCHAEFER, SHAPIRO LAW FIRM,1001 Farnam St.,3rd Floor,Omaha, NE 68102

(b)  At the arraignment and plea:
Glenn A. Shapiro,SCHAEFER, SHAPIRO LAW FIRM,1001 Farnam St.,3rd Floor,Omaha, NE 68102

(c)  At the trial:
N/A

(d)  At sentencing:
Glenn A. Shapiro,SCHAEFER, SHAPIRO LAW FIRM,1001 Farnam St.,3rd Floor,Omaha, NE 68102

(e)  On appeal:
N/A

(f)  In any post-conviction proceeding:
N/A

(g)  On appeal from any ruling against you in a post-conviction proceeding:

N/A

16.  Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?          Yes ☐          No ☑

17.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?          Yes ☐          No ☑

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future:


(b)  Give the date the other sentence was imposed: _____

(c)  Give the length of the other sentence: _____

(d)  Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?          Yes ☐          No ☑

18.  TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

N/A

AO 243 (Rev. 01/15)

Page 12

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run from the latest of –

(1)  the date on which the judgment of conviction became final;

(2)  the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3)  the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4)  the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 01/15)

Therefore, movant asks that the Court grant the following relief:

_____

or any other relief to which movant may be entitled.


_____
Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ 8-15-2025 _____ .

(month, date, year)


Executed (signed) on ____ 8-15-2025 _____ (date)


_____
Signature of Movant


If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Page 13

Therefore, Shores respectfully requests that the Court grant the following relief:

Vacate his conviction and sentence to start anew; alternatively, grant an Evidentiary hearing to further prove his grounds set forth above, resolve facts in dispute, expand an incomplete record or any other relief to which this Court deems that he may be entitled.

Respectfully submitted,

JOHN C. SHORES, JR.
REG. NO. 72624-510
FCI THOMSON
FEDERAL CORR. INSTITUTION
PO BOX 1002
THOMSON, IL 61285
Appearing *Pro Se*

## DECLARATION OF JOHN C. SHORES, JR.

I, John C. Shores, Jr., declarant herein, declare and attest to the facts in the above and foregoing Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody to be true and correct to the best of my knowledge under the penalty of perjury pursuant to 28 U.S.C. § 1746. I placed this § 2255 Motion in the prison mailbox on the date below invoking the prison mailbox rule. See *Houston v. Lack*, 487 U.S. 266, 270 (1988).

Dated: August 15, 2025

JOHN C. SHORES, JR.

JOHN C. SHORES, JR.
REG. NO. 72624-510
FCI THOMSON
FEDERAL CORR. INSTITUTION
PO BOX 1002
THOMSON, IL 61285

August 15, 2025

Ms. Denise Lucks
Clerk of Court
U. S. District Court
District of Nebraska
Omaha Division
111 South 18th Plaza, Suite 1152
Omaha, NE 68102

      RE:   *Shores v. United States*
             Civil No. 8:25-cv-_____
             Crim No. 8:23-cr-00174-RFR-MDN-1

Dear Ms. Lucks:

    Enclosed please find and accept for filing Movant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody and Memorandum of Law in Support thereof. Please submit these documents to the Court.

    Thank you for your assistance in this matter.

                          Sincerely,

                          JOHN C. SHORES, JR.
                          Appearing *Pro Se*

RECEIVED
AUG 2 5 2025
CLERK
U.S. DISTRICT COURT

*Encl. as noted*

MEMORANDUM OF LAW WILL BE SENT AS SOON AS POSSIBLE.



John Shores
72624-510
Thomson Federal Corrections Institute
P O Box 1002
Thomson, IL 61285
United States

**AUSP Thomson**

AUG 1 8 2025
Received in CSD

⇔72624-510⇔
Denise Lucks
U.S. District Court NE
111 S 18TH PLZ
Suite 1152
Omaha, NE 68102
United States

Des Moines IA P&DC 500
WED 20 AUG 2025 PM

Legal
MAIC

RECEIVED
AUG 2 5 2025
U.S. DISTRICT COURT