Letter to the judge

Office of the Clerk
U.S. District Court          8:23cr174
Roman Hruska Courthouse
111 S. 118th Plaza, Ste. 1152
Omaha, NE 68102-1322

Chief U.S. District Judge Robert F. Rossiter, Jr.

Your Honor,

Thank you for reviewing my 2255 motion recently submitted to your court. Please be advised that I received your order postmarked September 17, 2025 on December 2, 2025 at FCI Thomson. Due to the mail handling at this facility, it took over 10 weeks for me to receive it. These kinds of delays makes it virtually impossible to communicate in a timely manner. I greatly appreciate your patience and understanding in my filings and the extra time you are allowing for them to arrive.

The Memorandum of Law in support of my 2255 is recorded as delivered to the Court on October 3, 2025. Before the ordered October 15th deadline. Thank you again for your forbearance in the timeframes for these items to arrive.

I have learned via the Docket reporting that the Governments response is due by December 29th. I would respectfully request that the court allow me to reply to the Government response given the propensity of misleading and fabricated evidence in this case as is evidenced in my Memorandum of Law. I would respectfully request a sufficient amount of time to reply given that it may take 10 weeks or more for me to receive their response. I will endeavor to return my reply as quickly as possible. I thank you again for your understanding in this matter.

Thank you for your thorough review of my motions in this case.

Respectfully Submitted,

John C. Shores, Jr.



FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA
2025 DEC 15 AM 11:37
OFFICE OF THE CLERK

RECEIVED
DEC 15 2025
CLERK
U.S. DISTRICT COURT

John Shores Jr.
PO Box 1002
ID# 72624510
Thomson, IL 61285-1002

TULSA OK 740
9 DEC 2025 AM ? ?

FOREVER USA

Office of the Clerk
U.S District Court  Attn Chief Judge Robert Rossiter J[r]
Roman Hruska Courthouse
111 S. 118th Plaza, Ste. 1152
Omaha, NE 68102-1322

RECEIVED
DEC 15 2025
CLERK
U.S. DISTRICT COURT

68102-132277