Chief Judge Robert F. Rossiter Jr.
United States District Court
111 S. 18th Plaza, Suite 1152
Omaha, NE 68102-1322

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 JAN 13 AM 11: 36

OFFICE OF THE CLERK

Your Honor,          23 CR 174

I am in receipt of your order granting a waiver of privilege for Mr. Shapiro as requested by the U.S. Attorney's office.  I apologize for my lack of response but I did not even receive the request from the U.S. Attorney until December 10th, 1 day after you granted the order on December 9th.  FCI Thomson does not consider your orders or correspondence or that of the U.S. Attorney to be special or legal mail to be handled in an expeditious manner.  This creates a 10 to 12 week delay in receiving correspondence from your chambers or the U.S. Attorney's office.  I have filed an official complaint with FCI Thomson requesting them to handle your correspondence correctly, in compliance with the law governing legal mail, which was summarily denied by FCI Thomson.  Unless they comply with the laws governing official legal mail from yourself or the U.S. Attorney, I will not receive these items for up to 3 months from the time they are sent and will then need sufficient time to reply.  It can also take up to a week at times even for Certified items to leave the facility.  I apologize for these extreme delays but this happens to all the residents here at FCI Thomson.  Despite a tremendous number of complaints, FCI Thomson refuses to comply to the proper legal mail handling process as outlined in 28 CFR & 540.18/19 which details the proper procedures.

I would repeat my request to be given the opportunity to reply to the Governments response to my 2255 motion.  Given that much of the disputed information is fabricated evidence which was presented to Mr. Shapiro as factual, but which was stipulated in the PSIR and from statements on the record from the U.S Attorney, as not being true and there actually being NO identified victims.  The declarations of identified victims in the letters from Mr. Shapiro and the statements in the PSIR and U.S. Attorney cannot both be true since they state opposite outcomes.  Also given the history of deception by the U.S. Attorney in this case, I would respectfully request the ability to reply as new fabrications may be included in the response that require further rebuttal with the truth from the PSIR.  I greatly appreciate your forbearance in this matter as I attempt to get the truth into the Court for a proper administration of justice.

Thank you again for your continued understanding of the extreme mail delays created by the FBOP and FCI Thomson and in giving me sufficient time to receive and reply to your orders and procedures of the Court.

Respectfully submitted,

John C. Shores Jr.

RECEIVED

JAN 1 3 2026

CLERK
U.S. DISTRICT COURT

John Shores
#72624510
PO Box 1002
Thomson, IL 61285

TULSA OK 740

9 JAN 2026 AM 1 L

JAN 13 2026

CLERK
U.S. DISTRICT COURT

FOREVER USA

Chief Judge Robert F. Rossiter Jr.
United States District Court
111 S. 18th Plaza; Suite 1152
Omaha, NE 68102-1322

68102-132277