IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:23CR174 |
| vs. | MOTION TO EXTEND THE TIME TO FILE GOVERNMENT'S RESPONSE TO DEFENDANT'S § 2255 MOTION |
| JOHN C. SHORES, JR., | |
| Defendant. | |

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that the Court extend the time to file the government's response to defendant's 28 U.S.C. § 2255 motion (Filing Nos. 93, 95) for 45 days from February 23, 2026, to April 9, 2026. In support of this request the United States offers the following:

1. On November 6, 2025, the government filed a Motion to Confirm Waiver of Attorney-Client Privilege to Issues Raised in defendant's Motion under 28 U.S.C. § 2255 (Filing No. 97). On December 9, 2025, the Court granted the government's Motion allowing defendant's former counsel, Glenn Shapiro, to provide an affidavit and directly communicate with the government as to these issues (Filing No. 104).

2. Mr. Shapiro has been in trial and working on numerous appellate briefs. The undersigned still needs additional time to coordinate with Attorney Glenn Shapiro regarding his affidavit addressing the allegations in defendant's 28 U.S.C. § 2255 motion (Filing Nos. 93, 95).

3. The additional time is necessary to ensure the government is able to provide a full and complete response to the allegations set forth in defendant's 28 U.S.C. § 2255 motion (Filing Nos. 93, 95).

WHEREFORE, the United States respectfully requests that the time to file the government's response to defendant's motion be extended 45 days from February 23, 2026, to April 9, 2026.

UNITED STATES OF AMERICA

LESLEY A. WOODS
United States Attorney
District of Nebraska

By:  s/   Sean P. Lynch
SEAN P. LYNCH, #25275
Assistant U.S. Attorney
1620 Dodge Street, Ste. 1400
Omaha, Nebraska   68102
Tel: (402) 661-3700
Fax: (402) 661-3084
E-mail:   sean.lynch@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all

registered participants. I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants:

John C. Shores, Jr. #72624-510
FCI-THOMSON
Inmate Mail/Parcels
P.O. Box 1002
Thomson, IL 61285

s/ Sean P. Lynch
Assistant U.S. Attorney