8·23cr 174

4/30/26



Chief Judge Robert F. Rossiter, Jr
United States District Court Nebraska
Office of the Clerk- Denise Lucks
111 S. 18th Plaza, Suite 1152
Omaha, NE 68102

Your Honor,

I am finally in receipt of the Governments response to my 2255 and Memorandum of Law. It arrived on April 24th, some 15 days after it was sent. This is by far the fastest anything has arrived and I made a direct appeal to the Warden to look for it with my life on the line. So that is a vast improvement over the 6 to 10 weeks all the other items have taken without special attention from the Warden and Mail Staff. I wanted to let you know that to date, none of your correspondence or mail from your court has been delivered as legal mail. FCI Thomson does not consider your mail or orders to be legal mail so it is all put into the general correspondence which routinely takes 6 weeks or more to receive and many things that contain over 5 pages are just returned to sender and we never know anything even arrived.

I greatly appreciate you pushing the deadline out some but given the logistics involved with the mail, this response and my ability to prepare and finalize my reply, I would respectfully ask for an additional 45 days to get the reply filed. I will certainly endeavor to get it filed prior to that time but I would like to have some extra time in case there are any problems that I may encounter due to the mail situation here at Thomson. The Government was granted several extensions so I would like to be afforded the same option as my access to computers, printers and the like are very limited and we have gone into total lockdown for several weeks at a time, many times over the last year and that would also seriously impact my ability to get it filed on time with the current deadline. I appreciate any forbearance you can give me in that regard and I greatly appreciate the accommodation you have already made to my Pro Se filing so that I can convey these facts of ineffective assistance of counsel that have so prejudiced my case in your court.

Thank you for your time your Honor,


John C. Shores Jr.

RECEIVED
MAY - 4 2026
CLERK
U.S. DISTRICT COURT

John C. Shores Jr.
726245 10
Thomson Federal Corrections Institute
PO Box 1002
Thomson, IL 61285



TULSA OK 740

1 MAY 2026  PM 3  L

RECEIVED

MAY - 4 2026

CLERK
U.S. DISTRICT COURT

Chief Judge Robert F. Rossiter. Jr
United States District Court Nebraska
Office of the Clerk- Denise Lucks
111 S. 18th Plaza, Suite 1152
Omaha, NE 68102

68102-132277