IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JOHN C. SHORES,<br><br>            Defendant. | **8:23CR174**<br><br><br>**ORDER** |

This matter is before the Court on defendant John C. Shores's ("Shores") "Motion to Compel Defense Counsel to Surrender the Case File in the Above Styled Action to the Defendant of this Case" (Filing No. 116). In response (Filing No. 117) to Shores's motion, his retained counsel, Glenn A. Shapiro ("Shapiro") reports "[t]hat on June 9, 2026 counsel sent the documents requested by Defendant by Priority Mail" to the Federal Correctional Institution in Thomson, Illinois ("FCI Thomson") in two separate packages. More than a month later, he received one package back from the mailroom at FCI Thomson with a notation that he needed to include additional information on each package to comply with certain "special mail requirements." Shapiro has been waiting for the return of the second package and states he will resend the requested information when he receives it.

The Court is satisfied with counsel's response and commends him for his promptness—both in sending the requested materials and in advising the Court of the reason Shores has not yet received them.

Based on the foregoing,

IT IS ORDERED:
1.    Defendant John C. Shores's motion to compel (Filing No. 116) is denied.
2.    The Clerk of Court is directed to send a copy of this order to Shores at his address of record at FCI Thomson.

2

Dated this 22nd day of July 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge