IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN C. SHORES, JR.,<br><br>Defendant. | **8:23CR174**<br><br>**JUDGMENT** |

In accordance with the Memorandum and Order entered today (Filing No. 119), judgment is entered in favor of the government and against defendant John C. Shores, Jr. *See* Fed. R. Civ. P. 58.

Dated this 9th day of September 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge