**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

JOHN C. SHORES, JR., )
Movant, ) Cv No. 8:25-cv-00517-RFR
) Cr No. 8:23-cr-00174-RFR-MDN-1
v. )
) **NOTICE OF APPEAL**
UNITED STATES OF AMERICA, )
Respondent. )

COMES Movant, JOHN C. SHORES, JR. ("Shores"), appearing *pro se,* and timely files his notice of appeal of the Memorandum and Order [ECF No. 119] and Final Judgment [ECF No. 120] denying Movant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.

Respectfully submitted,

Dated: September 24, 2026

JOHN C. SHORES, JR.
REG. NO. 72624-510
FCI THOMSON
FEDERAL CORR. INSTITUTION
PO BOX 1002
THOMSON, IL 61285
Appearing *Pro Se*

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 SEP 29 AM 11:00
OFFICE OF THE CLERK

JOHN C. SHORES, JR.
REG. NO. 72624-510
FCI THOMSON
FEDERAL CORR. INSTITUTION
PO BOX 1002
THOMSON, IL 61285

September 24, 2026

Ms. Denise Lucks
Clerk of Court
U. S. District Court
District of Nebraska
Omaha Division
111 South 18th Plaza, Suite 1152
Omaha, NE 68102

RE: *Shores v. United States*
Civil No. 8:25-cv-00517-RFR
Crim No. 8:23-cr-00174-RFR-MDN-1

Dear Ms. Lucks:

Enclosed please find and accept for filing Movant's Notice of Appeal of the Memorandum and Order [ECF No. 119] and Final Judgment [ECF No. 120] denying Movant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. An Application to Proceed in District Court Without Prepaying Fees or Costs will be forthcoming. Please submit this notice of appeal to the Court.

RECEIVED
SEP 29 2026
CLERK
U.S. DISTRICT COURT

Thank you for your assistance in this matter.

Sincerely,

JOHN C. SHORES, JR.
Appearing *Pro Se*

FOREVER USA

FOREVER USA

JOHN C. SHORES, JR.
REG. NO. 72624-510
FCI THOMSON
FEDERAL CORR. INSTITUTION
PO BOX 1002
THOMSON, IL 61285

TO:

Ms. Denise Lucks, Clerk
U. S. District Court
District of Nebraska
Omaha Division
111 South 18th Plaza, Suite 1152
Omaha, NE 68102

RECEIVED
SEP 29 2026
CLERK
U.S. DISTRICT COURT