IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOHN C. SHORES,<br>Defendant. | **8:23CR174**<br><br>**ORDER** |

This matter is before the Court on defendant John C. Shores's ("Shores") Notice of appeal (Filing No. 121) filed on September 29, 2026. Shores did not, however, include the $605 filing and docket fees or a request to proceed in forma pauperis. Shores was initially appointed counsel in his underlying criminal case (Filing No. 7), but he later retained his own defense counsel (Filing No. 16). Because he was able to retain his own counsel, the Court will require Shores to either submit the filing and docket fees to the Clerk's Office or submit a request to proceed in forma pauperis for the Court's consideration. *See* Fed. R. App. P. 24(a)(1).

Accordingly,

IT IS ORDERED:

1. Defendant John C. Shores is directed to submit the $605 fees to the Clerk's Office or submit a request to proceed in forma pauperis within 30 days of the date of this order.
2. The Clerk's Office is directed to send Shores the Form 4 "Affidavit Accompanying Motion for Permission To Appeal In Forma Pauperis" and a copy of this Order.

Dated this 2nd day of October 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge