AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 OCT -7 AM 10:27
OFFICE OF THE CLERK

JOHN C. SHORES, JR.
*Plaintiff/Petitioner*
v.
UNITED STATES OF AMERICA
*Defendant/Respondent*

Civil Action No. 8:25-cv-00517-RFR
8:23CR174

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: FCI Thomson in Thomson, IL 61285. If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ 9.88 | MONTH, and my take-home pay or wages are: $ 9.88 per *(specify pay period)* MONTH.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☑ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

✓ SUPPORT FROM PARENTS DETAILED ON COPIES
FUTURE SUPPORT NOT EXPECTED

INMATE IDENTIFICATION CONFIRMED
R.Disher
Counselor/FCI Thomson

4. Amount of money that I have in cash or in a checking or savings account: $ Ø .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

NONE

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

NONE

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

NONE

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

NONE

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 10/1/26

[signature]
*Applicant's signature*

JOHN C. SHORES JR.
*Printed name*

JOHN C. SHORES, JR.
REG. NO. 72624-510
FCI THOMSON
FEDERAL CORR. INSTITUTION
PO BOX 1002
THOMSON, IL 61285

October 1, 2026

Ms. Denise Lucks
Clerk of Court
U. S. District Court
District of Nebraska
Omaha Division
111 South 18th Plaza, Suite 1152
Omaha, NE 68102

RE: *Shores v. United States*
Civil No. 8:25-cv-00517-RFR
Crim No. 8:23-cr-00174-RFR-MDN-1

Dear Ms. Lucks:

Enclosed please find and accept for filing Movant's Application to Proceed in District Court Without Prepaying Fees or Costs. Please submit this Application to the Court.

Thank you for your assistance in this matter.

Sincerely,

RECEIVED
OCT - 7 2026
CLERK
U.S. DISTRICT COURT

JOHN C. SHORES, JR.
Appearing *Pro Se*

*Encl. as noted*

⇨72624-510⇦
John Shores
72624-510
Thomson Federal Corrections Institute
P.O. Box 1002
Thomson, IL 61285
United States

CERTIFIED MAIL®

9589 0710 5270 2091 0731 75

9589 0710 5270 2091 0731 75

UNITED STATES OF AMERICA FOREVER/USA

Retail

UNITED STATES POSTAL SERVICE

RDC 99

68102

U.S. POSTAGE PAID
FCM LG ENV
THOMSON, IL 61285
OCT 02, 2026

$0.00

S2324N503319-04

AUSP Thomson

OCT 02 2026

Received in CSD

⇨72624-510⇦
Denise Lucks
U.S. District Court NE.
111 S 18TH PLZ
Suite 1152
Omaha, NE 68102
United States

RECEIVED
OCT - 7 2026
CLERK
U.S. DISTRICT COURT

LEGAL MAIL