IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN C. SHORES, JR.,<br><br>Defendant. | **8:23CR174**<br><br>**ORDER** |

This matter is before the Court on defendant John C. Shores, Jr.'s ("Shores") Application to Proceed in the District Court without Prepaying Fees or Costs (Filing No. 124). In support of his request, Shores has submitted his prisoner-trust-account statement (Filing No. 125).

For good cause shown, Shores's motion is granted, and he is permitted to proceed on appeal in forma pauperis. *See* Fed. R. App. P. 24(a)(1).

IT IS SO ORDERED.

Dated this 8th day of October 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge